Kevin M. Cassidy (*pro hac vice*)
Oregon Bar No. 025296
Earthrise Law Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

Allison LaPlante (*pro hac vice*)
Oregon Bar No. 023614
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6894
laplante@lclark.edu

Adam Keats (*pro hac vice*)
California Bar No. 191157
CENTER FOR BIOLOGICAL DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682 x304
akeats@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; and GRAND CANYON WILDLANDS COUNCIL,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No: 3:12-cv-08176-SMM<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiffs submit the following

1

representation statement in association with the Notice of Appeal in the above-captioned action. Plaintiffs Center for Biological Diversity, Sierra Club and Grand Canyon Wildlands Council are represented by the following counsel:

Kevin M. Cassidy (*pro hac vice*)
Oregon Bar No. 025296
Earthrise Law Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
Tel.: (781) 659-1696
Email: cassidy@lclark.edu

Allison LaPlante (*pro hac vice*)
Oregon Bar No. 023614
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel.: (503) 768-6894
Email: laplante@lclark.edu

Adam Keats (*pro hac vice*)
California Bar No. 191157
CENTER FOR BIOLOGICAL DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
Tel.: (415) 436-9682 x304
Email: akeats@biologicaldiversity.org

Defendant United States Forest Service is represented by the following counsel:

Dustin Maghamfar
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel.: 202-514-1806
Fax: 202-514-8865
Email: Dustin.Maghamfar@usdoj.gov

///

///

///

Respectfully submitted,

Dated:  August 21, 2013                    */s/ Allison LaPlante*

Allison LaPlante
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel.:  (503) 768-6894
Email:  laplante@lclark.edu

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, which will send notification of such filing to the following:

**Dustin Maghamfar**, United States Department of Justice, Attorney for Defendant United States Forest Service.

**James Odenkirk**, Attorney for the State of Arizona.

**C.D. Michel**
**Scott M. Franklin**, Attorneys for National Rifle Association.

**Douglas S. Burdin**
**Anna M. Seidman**, Attorneys for Safari Club International.

**Kevin Cassidy**
**Adam Keats**, Attorneys for Plaintiffs.

/s/ *Allison LaPlante*