UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 13-16684

CENTER FOR BIOLOGICAL DIVERSITY, *et al*.
Appellants,

v.

UNITED STATES FOREST SERVICE,
Appellee.

APPEAL FROM JULY 2, 2013 DECISION AND ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**APPELLANTS' NOTICE RE: TRANSCRIPTS**

Pursuant to Circuit Rule 10-3, Appellants file this Notice that Appellants do not intend to order any transcript from the district court because there were no proceedings at the district court, including no hearings or oral arguments.

Dated September 13, 2013.

                Respectfully submitted,

                *s/ Allison LaPlante*
                Allison LaPlante (Oregon Bar No. 023614)
                Kevin Cassidy (Oregon Bar No. 025296)
                Earthrise Law Center

Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR  97219
T: (503) 768-6894 (LaPlante)
T: (781) 659-1696 (Cassidy)
F: (503) 768-6642
laplante@lclark.edu
cassidy@lclark.edu

Attorneys for Appellants

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 13, 2013. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated September 13, 2013.

        Respectfully submitted,

        *s/ Allison LaPlante*_____
        Allison LaPlante (Oregon Bar No. 023614)
        Earthrise Law Center
        Attorney for Appellants