FILED

SEP 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE,<br><br>        Defendant - Appellee. | No. 13-16684<br><br>D.C. No. 3:12-cv-08176-SMM<br>District of Arizona,<br>Prescott<br><br><br>ORDER |

      This case is under consideration for inclusion in the Mediation Program. Within 14 days of the date of this order, counsel for all parties intending to file briefs in this matter are requested to inform Stephen Liacouras, Circuit Mediator, in writing, by email at stephen_liacouras@ca9.uscourts.gov, of their clients' views on whether the case is appropriate for settlement discussions or mediation. This communication will be kept confidential, if requested, from the other parties in the case. This communication shall not be filed with the court.

      For more detailed information about the Mediation Program and its procedures generally, please see Mediation Program web site: www.ca9.uscourts.gov/mediation.

**The existing briefing schedule remains in effect** pending the determination whether the case will be selected for inclusion in the Mediation Program.

                                              FOR THE COURT

                                              By: Virna L. Sanchez
                                              Deputy Clerk

vls/mediation