UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant - Appellee. | No. 13-16684 <br><br> D.C. No. 3:12-cv-08176-SMM <br> District of Arizona, <br> Prescott <br><br> ORDER |

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

FOR THE COURT


By: Stephen Liacouras
Circuit Mediator

sl/mediation