UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CENTER FOR BIOLOGICAL DIVERSITY; et al.,

        Plaintiffs - Appellants,

v.

UNITED STATES FOREST SERVICE,

        Defendant - Appellee.

No. 13-16684

D.C. No. 3:12-cv-08176-SMM
U.S. District Court for Arizona, Prescott

**ORDER**

Appellee's unopposed motion for a second extension of time to file the answering brief is granted. The answering brief is due February 5, 2014.

The optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Lorela Bragado Sevillena
Deputy Clerk

Ninth Circuit Rules 27-7 and 27-10