No. 13-16684

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL
DIVERSITY, *et al.*

                Plaintiffs-Appellants,

v.

UNITED STATES FOREST SERVICE,

                Defendant-Appellee.

On appeal from the United States
District Court for the District of
Arizona

No. CV-12-8176-PCT-SMM

---

## AMICUS CURIAE BRIEF OF STATE OF ARIZONA SUPPORTING
## DEFENDANT-APPELLEE AND AFFIRMANCE

---

Tom Horne
Attorney General

James F. Odenkirk
Assistant Attorney General
1275 West Washington
Phoenix, Arizona 85007
(602) 542-7787
(602) 542-4377 (fax)

Attorneys for State of Arizona

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ............................................................................ ii

SOURCE OF AUTHORITY OF AMICUS CURIAE............................................ 1

INTEREST OF AMICUS CURIAE ................................................................... 1

STATEMENT OF THE CASE.......................................................................... 3

ARGUMENT ................................................................................................ 4

    A.    Standard of Review .......................................................................... 4

    B.    A Favorable Decision Requiring the Forest Service to Ban the Use of Lead Ammunition for Hunting on the Kaibab National Forest Will Not Redress the Center's Alleged Injuries....................................5

        1.    The Center cannot establish redressability because evidence is lacking that third parties not before the Court will conform their behavior to a court order. .................................................. 6

        2.    Redressability is not established because a court order will not change the amount of lead on the Kaibab National Forest .. 9

        3.    Redressability is not established because a court order will not benefit wildlife on the Kaibab National Forest.................. 10

CONCLUSION ............................................................................................ 12

STATEMENT OF RELATED CASES .............................................................. 13

CERTIFICATE OF COMPLIANCE WITH RULE 32(a) ..................................... 14

CERTIFICATE OF SERVICE ........................................................................ 15

ADDENDUM............................................................................................... 16

# TABLE OF AUTHORITIES

Cases                                                          Page

*Bennett v. Spear*,
    520 U.S. 154 (1997) ............................................................................. 8

*Ellis v. Costco Wholesale Corp.*,
    657 F.3d 970 (9th Cir. 2011) ............................................................. 4

*Friends of the Earth v. Laidlaw Envtl. Sys. Inc.*,
    528 U.S. 167 (2000) ....................................................................... 5, 6

*Levine v. Vilsack*,
    587 F.3d 986 (9th Cir. 2009) ..................................................... 4, 7, 12

*Lujan v. Defenders of Wildlife*,
    504 U.S. 555 (1992) ..................................................................... 6, 7, 9

*Steel Co. v. Citizens for a Better Env't*,
    523 U.S. 83 (1998) ......................................................................... 10

*Tilot Oil, LLC v. BP Prod. N. Am., Inc.*,
    907 F. Supp. 2d 955 (E.D. Wis. 2012) ............................................ 10

*Warth v. Seldin*,
    422 U.S. 490 (1975) ......................................................................... 5

Statutes

A.R.S. § 17-231 ....................................................................................... 1

A.R.S. § 41-192 ....................................................................................... 1

A.R.S. § 41-193(A)(3) ............................................................................ 1

16 U.S.C. § 1539(j) ................................................................................. 1

42 U.S.C. § 6972(a)(1)(B) ..................................................................... 12

<u>Rules</u>

Fed. R. App. P. 29(a)................................................................. 1

<u>Other</u>

61 Fed. Reg. 54048 ................................................................. 2

61 Fed. Reg. 54055 ........................................................... 2, 3, 4

## SOURCE OF AUTHORITY OF AMICUS CURIAE

Amicus Curiae State of Arizona files this brief pursuant to Federal Rule of Appellate Procedure 29(a). *See* Fed. R. App. P. 29(a) (providing that "a State . . . may file an amicus-curiae brief without consent of the parties or leave of court").

## INTEREST OF AMICUS CURIAE

The Arizona Attorney General files this brief on behalf of the State of Arizona and the Arizona Game and Fish Commission and Game and Fish Department. The Attorney General is authorized to file this brief pursuant to Arizona Revised Statutes A.R.S. §§ 41-192 and 41-193(A)(3). The State of Arizona through its Game and Fish Commission and Game and Fish Department has primary responsibility and authority for wildlife management and conservation throughout the State. *See* A.R.S. § 17-231. Arizona has a substantial interest in ensuring that California condors are successfully reintroduced and established in Arizona. Since the initial reintroduction of the species as an experimental population under the authority of Section 10(j) of the Endangered Species Act ("ESA"), (16 U.S.C. § 1539(j)), the Game and Fish Department ("G&F Department") has had a leading role in managing the project. From the outset, the G&F Department worked cooperatively with other state, tribal, and private partners to propagate and release captive-reared condors, maintain the captive release facilities at the Vermillion Cliffs, conduct research and daily monitoring of

condors, and develop and implement a public education program on condor reintroduction.

Despite the G&F Department's efforts toward achieving a self-sustaining population of condors, lead poisoning has emerged as the leading cause of condor deaths and a significant hurdle to condor recovery. (ER 66.)[1] Condors are opportunistic scavengers that often feed on animal carcasses and may consume lead fragments when the birds feed on unrecovered hunter kills or gut piles. 61 Fed. Reg. 54048, 54055 (Oct. 16, 1996). Responding to concerns over lead poisoning in condors, the G&F Department initiated a program in 2003 to reduce spent lead ammunition within the condor range in Arizona. The program focused on three areas when fully implemented: (1) providing free non-lead ammunition to big game hunters in the condor recovery area in Arizona; (2) encouraging hunters to bury gut piles and providing reward incentives to hunters who remove gut piles from the field; and (3) implementing an aggressive public education and outreach program to increase understanding and awareness of the relationship between spent ammunition and lead poisoning in condors. (ER 67-9.)

Since 2007, the hunter participation rate in Arizona using non-lead ammunition or taking other steps to remove spent lead from the environment has steadily increased. (*Id.*) Based on annual surveying, the G&F Department

---

[1] The abbreviation "ER" refers to Plaintiffs-Appellants' Excerpt of Record.

2

estimates the participation rate in eliminating lead is nearly ninety percent. (ER 70, 103.) This includes hunters who use non-lead ammunition for hunting or bury or remove gut piles from the field. (*Id.*) The G&F Department is convinced that these voluntary efforts if implemented throughout the condor range will be the most effective means to overcome lead poisoning and to achieve a self-sustaining condor population in Arizona and Utah. (ER 67-71.)

The G&F Department has a strong interest in preserving its voluntary lead reduction program, believing hunters respond better to voluntary measures to protect wildlife because hunters have a "proud tradition of wildlife conservation." (ER 67.) Indeed, the G&F Department is quite concerned that a regulation banning lead ammunition on the Kaibab National Forest will have the opposite effect as intended and may increase public resistance to condor conservation and completely undermine the G&F Department's successful efforts to abate lead through its voluntary program.

## STATEMENT OF THE CASE

Plaintiffs-Appellants Center for Biological Diversity, *et al.*, ("the Center") brought this action against the United States Forest Service ("Forest Service") and has alleged that the Forest Service is violating the Resource Conservation Recovery Act ("RCRA") by failing to regulate the disposal of spent lead ammunition on the Kaibab National Forest. (Opening Br. at 3.) The Forest

Service filed a Motion to Dismiss on December 14, 2012, contending that the Center lacked Article III standing to bring this action. (Dkt. 46.) Before the Forest Service filed its motion, Arizona filed a Motion to Intervene for the Limited Purpose of Filing a Motion to Dismiss. (Dkt. 21.) Arizona argued in the motion that its substantial interests in the litigation made it a required party because those interests would be severely impaired in its absence. (Dkt. 22 at 2.) Arizona further argued that the lawsuit should nevertheless be dismissed because Arizona's sovereign immunity precluded its joinder in the case. (*Id.*) On July 2, 2013, the district court issued a Memorandum of Decision granting the Forest Service's Motion to Dismiss. (ER 2-9.) The district court held that the Center lacked standing because the court could not provide a remedy to redress the alleged injuries. (ER 8.) In the same decision, the court denied Arizona's Motion to Intervene as moot. (ER 8-9.) The Center filed a Notice of Appeal on August 21, 2013. (ER 10.)

## ARGUMENT

### A.   Standard of Review.

The clearly erroneous standard applies to the district court's factual findings and review of the district court's standing determination on the issue of redressability is de novo. *See Ellis v. Costco Wholesale Corp.,* 657 F.3d 970, 978 (9th Cir. 2011); *Levine v. Vilsack,* 587 F.3d 986, 991 (9th Cir. 2009). Standing is a

4

"threshold question in every federal case, determining the power of the court to entertain the suit." *Warth v. Seldin*, 422 U.S. 490, 498 (1975). An Article III federal court must ask whether a plaintiff has suffered sufficient injury to satisfy the "case or controversy" requirement of Article III. *Id.* To satisfy Article III, a plaintiff "must show that: (1) it has suffered an 'injury in fact' that is (a) concrete and particularized and (b) actual or imminent, not conjectural or hypothetical; (2) the injury is fairly traceable to the challenged action of the defendant; and (3) it is likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision." *Friends of the Earth v. Laidlaw Envtl. Sys. Inc.*, 528 U.S. 167, 180-81 (2000).

**B.    A Favorable Decision Requiring the Forest Service to Ban the Use of Lead Ammunition for Hunting on the Kaibab National Forest Will Not Redress the Center's Alleged Injuries.**

The district court correctly ruled that the Center lacked standing to bring this action because the Center "failed to establish sufficient likelihood of redressability." (ER 7-8.) The court found that any benefit from an order requiring the Forest Service to ban lead ammunition is speculative because condors will continue to suffer lead poisoning when they feed in areas not subject to any Forest Service regulation of lead ammunition. (*Id.*) The G&F Department's monitoring data on condor behavior reinforces the district court's decision. The G&F Department has observed that condor foraging and roosting across the border

5

in Utah is increasing each year and this is corresponding with an annual increase in deer hunting in Utah. (ER 111.) (Between sixty to seventy percent of all condor relocations from the original release site are occurring in Utah as compared to less than ten percent on the Kaibab Plateau in Arizona.) The increase in condor roosting and foraging in Utah is occurring at a time when Utah does not have an effective lead reduction program, with less than ten percent of hunters in the condor range in Utah taking steps to reduce lead. (ER 72.) As condor roosting and foraging increases in Utah, the overall lead exposure levels have changed little, despite the G&F Department's successful lead reduction efforts on the Kaibab Plateau. (*Id.*) A self-sustaining condor population depends on Utah implementing a program similar to Arizona's lead reduction program. (ER 72; Dkt. 22.) Unless hunters in Utah take steps comparable to hunters in Arizona, a ban on lead ammunition in the Kaibab National Forest will not achieve a self-sustaining condor population and will not redress the Center's injury. (*Id.*)

>   **1.    The Center cannot establish redressability because evidence is lacking that third parties not before the Court will conform their behavior to a court order.**

The Center bears the burden to meet the "irreducible constitutional minimum of standing." *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992). "A court's obligation to take a plaintiff at its word at the stage in connection with Article III standing issues is primarily directed at injury in fact and

6

causation issues, *not redressability*." *Vilsack*, 587 F.3d at 997 (emphasis added). Redressability requires the Center to provide factual support that "it must be likely" and not merely "speculative" that the Center's "injury will be redressed by a favorable decision." *Defenders of Wildlife*, 504 U.S. at 561.

Here, the Center's standing is difficult to establish because regulations banning the use of lead ammunition will not remedy the Center's alleged injury unless hunters throughout the condor range are bound by the regulations and willing to conform their actions to the regulations. The Supreme Court explained the plaintiff's burden in this type of case:

> When, however, as in this case, a plaintiff's asserted injury arises from the government's allegedly unlawful regulation (or lack of regulation) of someone else, much more is needed. In that circumstance, causation and redressability ordinarily hinge on the response of the regulated (or regulable) third party to the government action or inaction—and perhaps on the response of others as well. The existence of one or more of the essential elements of standing depends on the unfettered choices made by independent actors not before the courts and whose exercise of broad and legitimate discretion the courts cannot presume either to control or to predict, and it becomes the burden of the plaintiff to adduce facts showing that those choices have been or will be made in such manner as to produce causation and permit redressability of injury. Thus, when the plaintiff is not himself the object of the government action or inaction he challenges, standing is not precluded, but it is ordinarily substantially more difficult to establish.

*Id.* at 562.

The link between the Forest Service's failure to regulate lead ammunition and the Center's aesthetic interest to observe and encounter healthy condors in Arizona (Opening Br. at 23.) is speculative because the Center's injury is "the result of the independent action of some third party not before the court." *Bennett v. Spear*, 520 U.S. 154, 167 (1997).

The Center has not shown that hunters who hunt in the condor recovery area outside the Kaibab National Forest will conform their actions to a ban on lead ammunition applicable only to the Kaibab National Forest. This issue is significant because the condor range extends to areas far larger than the Kaibab National Forest, and condors are increasingly spending more time in areas outside the Kaibab National Forest, especially in southern Utah where the majority of condor roosting is now occurring. Big game hunting in condor areas outside Kaibab National Forest is also far greater than hunting occurring within the Kaibab National Forest. Utah authorized at least 11,300 deer permits in 2013 for hunting units in the condor range in Utah (units 14A, 14B, 25C, 26, 27, 29, and 30).[2] Arizona authorized only 1,052 deer permits in 2013 for hunting units that included

---

[2]The source for the number of deer permits Utah issued in 2013 is found in a table on the website for the Utah Division of Wildlife at http://wildlife.utah.gov/hunting/biggame/pdf/2013_general_season_deer_permits.pdf (last visited January 31, 2014) (included in addendum hereto).

the Kaibab National Forest (unit 12A).[3] In the absence of a factual basis that

hunters outside the Kaibab National Forest will conform their actions to a court

order, the Center has failed to meet its burden of showing that someone other than

the Forest Service will make choices "in such manner as to produce causation and

permit redressability of injury." *Defenders of Wildlife*, 504 U.S. at 562. Because

the Center has not demonstrated that a regulation prohibiting the use of lead

ammunition on the Kaibab National Forest will change hunting behavior outside

the Kaibab National Forest, it remains highly speculative that an order banning the

use of lead ammunition on the Kaibab National Forest will redress the Center's

injuries.

> **2.  Redressability is not established because a court order will not change the amount of lead on the Kaibab National Forest.**

The Center has failed to provide evidence that an order requiring the

Forest Service to ban lead ammunition will change the status quo on the Kaibab

National Forest. The Center must establish that a court order will increase the

number of hunters on the Kaibab National Forest who use non-lead ammunition or

remove spent lead ammunition from the forest. At no point has the Center

provided any evidence that a ban on lead ammunition will increase the rate of

compliance above the percentage of hunters who currently take voluntary measures

[3]The source of the number of deer permits Arizona issued in 2013 is Order 2 of the
Arizona Game and Fish Commission (included in addendum hereto).

to reduce lead from the Kaibab National Forest. With the already high rate of voluntary compliance with the G&F Department's remedial efforts, a court order requiring a ban on lead ammunition in the Kaibab National Forest would unlikely increase hunter compliance, and therefore, would not change the amount of lead on the Kaibab National Forest. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 109-110 (1998) (holding no redressability because granting the requested relief would not change the status quo when the defendant voluntarily ceased alleged illegal activity prior to litigation); *see also Tilot Oil, LLC v. BP Prod. N. Am., Inc.*, 907 F. Supp. 2d 955, 968 (E.D. Wis. 2012) (finding a court remedy under a RCRA claim unnecessary because evidence was lacking that ongoing remedial efforts were insufficient to prevent imminent and substantial endangerment to health or the environment).

### 3. Redressability is not established because a court order will not benefit wildlife on the Kaibab National Forest.

The Center provides no evidence that the rate of lead poisoning in condors will go down if the Forest Service prohibits the use of lead ammunition on the Kaibab National Forest. The only evidence in the Complaint linking lead poisoning to the Kaibab National Forest is a reference to condor lead levels from 2002-06, in which lead levels in condors increased after condors used deer-hunting areas on the Kaibab Plateau. (Complaint at ¶ 42.) The Center argues that redress is sufficient if the Center can "show that a favorable court order will result in a

10

reduction in the risk to wildlife caused by the disposal of spent lead ammunition on the Kaibab." (Opening. Br. at 46.) The Center, however, has failed to provide factual support that hunting on the Kaibab National Forest since 2006 is causing increases in condor blood lead levels. The G&F Department's voluntary lead reduction program was in its early stages in 2006 and the rate of participation was significantly lower at the outset. (ER 115.) The program has seen a dramatic rise in participation with nearly ninety percent of hunters on the Kaibab National Forest now taking steps to reduce lead. (ER 70, 103.) The biologists directly involved in the condor reintroduction project believe that the lead level on the Kaibab National Forest is substantially lower today and "[t]he shift in condor movement [to Utah] provides a likely explanation for why lead exposure levels have remained essentially static." (ER 72.)

To establish that a court remedy is necessary, the Center must allege with factual support that the G&F Department's voluntary lead reduction program is currently insufficient and that a ban on lead ammunition will be more effective at reducing lead on the Kaibab National Forest. In light of the G&F Department's successful lead reduction efforts and a significant reduction in lead on the Kaibab National Forest since 2006, the Center cannot establish that hunting on the Kaibab National Forest is currently presenting an "imminent and substantial endangerment to health or the environment," nor can the Center demonstrate that a court order

11

requiring the Forest Service to ban lead ammunition will redress the Center's injury. 42 U.S.C. § 6972(a)(1)(B); *Vilsack*, 587 F.3d at 997 (finding that plaintiffs allegations in the complaint, even if true, were insufficient to establish that a court order could redress the injury suffered). Lacking any evidence that the G&F Department's remedial efforts to reduce lead on the Kaibab National Forest are less effective than a regulatory ban, a court order requiring the Forest Service to ban lead ammunition will not benefit wildlife on the Kaibab National Forest.

## CONCLUSION

For the foregoing reasons, this Court should affirm the district court's decision dismissing the case for lack of standing.

Respectfully submitted this 7th day of February, 2014.

Tom Horne
Attorney General

/s/ James F. Odenkirk
James F. Odenkirk
Assistant Attorney General
Attorneys for State of Arizona

## STATEMENT OF RELATED CASES

Pursuant to Ninth Circuit Rule 28-2.6, State of Arizona states that they are
not aware of any related cases pending in the Ninth Circuit.

/s/ James F. Odenkirk
James F. Odenkirk
Assistant Attorney General

## CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 3,161 words, excluding the parts of the brief that Fed. R. App. P. 32(a)(7)(B)(iii) exempts.

2.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in fourteen-point Times New Roman type style.

Dated this 7th day of February, 2014.

/s/ James F. Odenkirk
James F. Odenkirk
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7th, 2014, I electronically filed the

foregoing with the Clerk of the Court of the United States Court of Appeals for the

Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and

will be served by the appellate CM/ECF system.

Tom Horne
Attorney General


/s/ James F. Odenkirk
James F. Odenkirk
Assistant Attorney General
Attorneys for State of Arizona

# ADDENDUM

# TABLE OF CONTENTS

1.  Utah Division of Wildlife 2013 General Season Deer Permits.

2.  Order 2 of the Arizona Game and Fish Commission.

| Unit # | General Season Buck Deer | 2013 |
|---|---|---|
| | Archery, Any Legal Weapon, Muzzleloader | DRAW |
| 22 | Beaver | 3,150 |
| 1 | Box Elder | 4,000 |
| 2 | Cache | 7,100 |
| 16B/12 | Central Mtn. Manti/San Rafael | 8,800 |
| 16A | Central Mtn., Nebo | 4,000 |
| 4/5/6 | Chalk Creek/East Canyon/Morgan-South Rich | 6,800 |
| 21A | Fillmore, Oak Creek | 450 |
| 21B | Fillmore, Pahvant | 1,550 |
| 7 | Kamas | 3,200 |
| 13A | La Sal La Sal Mountains | 1,800 |
| 23 | Monroe | 1,200 |
| 24 | Mt Dutton | 650 |
| 11 | Nine Mile | 1,300 |
| 8 | North Slope | 3,450 |
| 3 | Ogden | 2,500 |
| 18 | Oquirrah- Stansbury | 2,100 |
| 28 | Panguitch Lake | 3,000 |
| 30 | Pine Valley | 3,800 |
| 25C/26 | Plateau, Boulder/Kaiparowits | 2,000 |
| 25A | Plateau, Fishlake | 1,300 |
| 25B | Plateau, Thousand Lakes | 200 |
| 14A | San Juan, Abajo | 2,500 |
| 9B/9D | South Slope, Vernal/Bonanza | 1,450 |
| 9A | South Slope, Yellowstone | 1,500 |
| 20 | Southwest Desert | 700 |
| 17B/17C | Wasatch Mountains, Current Creek/Avintaquin | 4,000 |
| 17A | Wasatch Mountains, West | 7,500 |
| 19C | West Desert, Tintic | 900 |
| 19A | West Desert, West | 700 |
| 29 | Zion | 3,000 |
| | TOTAL | 84,600 |

# Commission Orders

## 2, 5-10, and 26

## April 13, 2013



# COMMISSION ORDERS 2, 5–10, AND 26

I certify that the attached document is a complete and accurate copy of the Arizona Game and Fish Commission approved Commission Orders 2, 5, 6, 7, 8, 9, 10, and 26 for seasons during 2013–2014, as approved during a public meeting held by the Arizona Game and Fish Commission on April 13, 2013, at 5000 W. Carefree Highway, Phoenix, AZ 85086.

Department Process Owner:

Brian F. Wakeling, Game Branch Chief

Signature: _____

Sworn and subscribed before me this _16th_ day of ___May___, 20_13_

THELMA LYNN ROE
Notary Public - Arizona
Maricopa County
My Comm. Expires Nov 1, 2014

_Thelma Lynn Roe_
Notary Public





Mule Deer Distribution



White-tailed Deer Distribution

*For further information on deer, their habitat, range, natural history, or where you can hunt them in Arizona, please visit www.azgfd.gov.*

## LEGAL REQUIREMENTS

| | |
|---|---|
| **License Required** | Any valid hunting or combination license **EXCEPT** a Three-Day Hunting (Class H) (See tables on pages 14–15 for Resident and Non-resident license fees). |
| **Eligible Hunters** | Persons are eligible to participate up to their 18th birthday, provided that persons between the ages of 10 and 13 satisfactorily completed a Hunter Education Course that is approved by the Director as per ARS 17-335 (C). A youth hunter, whose 18th birthday occurs during a "Juniors-Only" designated hunt for which the hunter has a valid permit or tag, may continue to participate for the duration of the "Juniors-Only" designated hunt. |
| **Tag Required** | Hunt Permit-tag obtained only through application and draw process as prescribed in R12-4-104 and R12-4-114. **EXCEPT** for Archery-Only deer: a hunt nonpermit-tag must be obtained from a license dealer as prescribed in R12-4-114. |
| **Hunt Numbers Required** | When applying for big game hunt permit-tags, you must use hunt numbers. |
| **Legal Methods of Take** | **General Hunt:** Any firearm, crossbow, or bow and arrow as prescribed in R12-4-304. **Muzzleloader Hunt:** Muzzleloading weapons as prescribed in R12-4-101 and R12-4-318, crossbow or bow and arrow as prescribed in R12-4-304. |
| **Legal Animal Definition** | Antlered means having an antler fully erupted through the skin and capable of being shed. Antlerless means not having an antler, antlers, or any part thereof erupted through the skin, as defined in R12-4-101. |
| **Bag Limit** | One (1) deer per calendar year, except as prescribed in R12-4-120. |

*To hunt deer in Arizona, you need a valid hunting or combination license and a deer tag. To hunt deer during a General, Juniors-Only, Muzzleloader, or some Archery-Only seasons, you must apply through a draw for a hunt permit-tag. For other Archery-Only hunts, you may purchase a nonpermit-tag from a license dealer as prescribed in R12-4-114.*

*The Department offers "Juniors-Only" designated hunts. If applying for a Juniors-Only Hunt, do not reapply for the same species with other applicants on a separate application. **If a person is applying for a Juniors-Only hunt and a regular hunt on the same application, the higher of the tag fees must be enclosed.***

## Deer: Commission Order 2

### JUNIORS-ONLY DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1150 | Oct 11 - Oct 17, 2013 | (18,36) | 7 | Any antlered deer | 151 |
| 1151 | Oct 4 - Oct 13, 2013 | (36) | 10 | Any antlered deer | 51 |
| 1152 | Oct 11 - Oct 14, 2013 | (2,4,12,36) | 12A West (NORTH KAIBAB HABITAT MANAGEMENT STAMP REQUIRED) | Antlerless deer | 151 |
| 1153 | Nov 8 - Nov 11, 2013 | (2,4,12,36) | 12A West (NORTH KAIBAB HABITAT MANAGEMENT STAMP REQUIRED) | Antlerless deer | 101 |
| 1154 | Oct 4 - Oct 13, 2013 | (36) | 17A and 17B | Any antlered deer | 101 |
| 1155 | Nov 22 - Dec 1, 2013 | (36) | 18B | Any antlered deer | 76 |
| 1156 | Oct 4 - Oct 13, 2013 | (36) | 20A | Any antlered deer | 101 |

Youth Opportunities

## Deer: Commission Order 2 *(continued)*

### JUNIORS-ONLY DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1157 | Oct 11 - Oct 17, 2013 | (36) | 20B and 21 | Any antlered deer | 51 |
| 1158 | Nov 22 - Dec 1, 2013 | (36) | 20C | Any antlered deer | 151 |
| 1159 | Oct 11 - Oct 17, 2013 | (22,36) | 22 | Any antlered deer | 101 |
| 1160 | Oct 11 - Oct 17, 2013 | (36) | 23 | Any antlered deer | 176 |
| 1161 | Oct 11 - Oct 17, 2013 | | 27 | Any antlered deer | 126 |
| 1162 | Oct 11 - Oct 17, 2013 | (6,11,17,21,31,36) | 28, 29, 30A, 30B, 31, and 32 | Any antlered deer | 151 |
| 1163 | Oct 11 - Oct 17, 2013 | (17,31,36) | 33 | Any antlered deer | 151 |
| 1164 | Nov 22 - Nov 28, 2013 | (31,36) | 33 | Any antlered deer | 176 |
| 1165 | Oct 11 - Oct 17, 2013 | (6,31,36) | 36A | Any antlered deer | 51 |
| 1166 | Nov 22 - Nov 28, 2013 | (6,17,31,36) | 36A | Any antlered deer | 151 |
| 1167 | Nov 22 - Nov 28, 2013 | (6,17,31,32,36) | 36B | Any antlered deer | 126 |
| 1168 | Nov 22 - Dec 1, 2013 | (36) | 42 (except White Tank Mountain Park) | Designated deer | 76 |
| ---- | Nov 15 - Dec 1, 2013 | (9) | Fort Huachuca in Unit 35A | | |
| Total | | | | | 2219 |

### JUNIORS-ONLY (MUZZLELOADER) DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1180 | Nov 22 - Dec 1, 2013 | (6,36) | 15A, 15B, 15C, and 15D | Any antlered deer | 21 |
| 1181 | Dec 20 - Dec 31, 2013 | (6,17,36) | 16A (except Mohave County Park Lands) | Any antlered deer | 26 |
| Total | | | | | 47 |

**See pages 24–26 for information about upcoming hunt camps or visit www.azgfd.gov/outdoorskills.**

## Deer Notes:

2. A Unit 12A (North Kaibab) Habitat Management Stamp is required for all Unit 12A (North Kaibab) deer hunters. Stamps are available at a cost of $15.00 at all Arizona Game and Fish Department offices, online, or wherever hunting licenses are sold. All 12A North Kaibab deer hunters shall have this stamp attached to their hunting license. Stamps cannot be obtained through the draw process. Successful Unit 12A (North Kaibab) firearms deer hunters must check out and personally present their deer for inspection at the Jacob Lake Checking Station in accordance with R12-4-308. A check station will not be operated during the Unit 12A (North Kaibab) CHAMP, muzzleloader, or archery deer seasons.

4. 12A West Hunt Unit - that portion of Unit 12A located west of AZ Hwy 67 and also that portion of Unit 12A located north of U.S. Hwy 89A.

6. The Buenos Aires, Cibola, Imperial, and Kofa National Wildlife Refuges are open to deer hunting as permitted by refuge regulations; all other Refuges are closed.

7. Entry into portions of Units 40A, 40B, 46A, and 46B is subject to military closure and requires coordination with the Barry M. Goldwater Range (BMGR) for hunting access. The BMGR is closed to hunting except Area B in BMGR East and open areas of BMGR West; as allowed by an authorized entry permit. For specifics about accessing the BMGR refer to the Index: Hunting on Military Reservations.

9. The Fort Huachuca Army Garrison in Unit 35A is open to deer hunting only to properly licensed military and Fort Huachuca civilian personnel holding a valid Fort Huachuca post hunting permit. Juniors only hunts are only open to properly licensed military and Fort Huachuca civilian dependents holding a valid Fort Huachuca post hunting permit. Hunt numbers, season dates and/or special regulations must be obtained from Fort Huachuca. Increases in Force Protection may result in hunt cancellations at any time with little or no prior notification. In the event a hunt is cancelled due to an increase in security, hunters drawn for these permits will not be reimbursed or otherwise compensated by the Arizona Game and Fish Department. Applications for these hunts must be submitted to the Arizona Game and Fish Department by the published deadline.

11. Hunter access is extremely restricted in this unit. Applicants should secure access before applying.

12. An "antlerless deer" is a deer, any age, without antlers.

17. Individuals with permits for these hunts are eligible to purchase Restricted Nonpermit tags for the corresponding javelina or buffalo population management seasons listed in Commission Order 26.

## Deer Notes continued:

18. The U.S. Forest Service has expressed concern regarding road damage during wet weather. The Department is working with the U.S. Forest Service to provide limited access via designated core roads in Units 5A, 5B, 6A, 6B, 7, 8, and 9 that will remain open during periods when other roads may be closed. When weather is deemed severe, the core roads may also be closed to prevent excessive road damage, provide for public safety, and protect natural resources. Roads that have been closed are closed to all users. Hunters should respect and obey road closures and drive responsibly during wet periods. It is recommended that hunters contact the appropriate Forest Service office to determine current road status for their hunt area (see the Index: Hunting on Public Lands).

21. Unit 31 and 32 hunts - Access to Aravaipa Canyon Wildlife Area (as prescribed in R12-4-802) is allowed by permit only, available through the Safford Field Office of the Bureau of Land Management. For more information, contact the Safford Field Office at (928) 348-4450 or www.blm.gov/az/sfo/aravaipa/aravaipa.htm.

22. The area within the fenced enclosure inside the loop formed by Tonto National Forest Road 647, also known as the Walnut Canyon Enclosure, is open to public entry and the taking of deer during open season.

31. The following Pima County parks and preserves are open to hunting: A-7 Ranch in Units 32 and 33, Oracle Ridge Property in Unit 33, Six Bar Ranch in Unit 33, Emperita Ranch in Unit 34B, Bar V Ranch in Unit 34B, Sands Ranch in Unit 34B, Clyne Ranch in Unit 34B, Diamond Bell Ranch in Unit 36A, Marley Ranch in Units 36A and 36B, Rancho Seco in Units 36A and 36B, Kings 98 Ranch in Unit 36C, Old Hayhook Ranch in Unit 36C, Verdugo in Unit 36C, Bee Ranch in Unit 37A, Mordka Ranch in Unit 37A, Buckelew Ranch in Unit 37A, Carpenter Ranch in Unit 37A, Cochie Canyon Ranch in Unit 37A, Lords Ranch in Unit 37A, and Tortolita Mountain Park in Unit 37A. Hunting in County Parks, opened by this Commission Order, is not permitted within ¼ mile of any developed picnic area, developed campground, shooting range, occupied building, boat ramp, or golf course. Developed areas do not include trails.

32. The following described area in Unit 36B is closed to hunting: in the posted portion of Sopori Ranch south of Arivaca Road in Sections 14 and 15, Township 20 South, Range 11 East. The remainder of Sopori Ranch is open to hunting.

36. Areas of private property within municipal boundaries are closed to deer hunting during this hunt.

### Register Now for Hunter Education Classes

Hunter Education classes fill up quickly. If you need your Hunter Education card before your hunt, get ahead of the game and register now. To register for a Hunter Education class, visit www.azgfd.gov and select Education or call (602) 942-3000 or toll free at 1 (800) 824-2456.

### Return Your Hunter Questionnaire — Your Tag Depends on It!
Submit your response online or by mail.
**www.azgfd.gov/huntersurvey**

# Deer Hunts



Mule Deer



White-tailed Deer



▦ Mule Deer Distribution



▦ White-tailed Deer Distribution

*For further information on mule deer and white-tailed deer, their habitat, range, natural history, or where you can hunt them in Arizona, please visit www.azgfd.gov.*

## LEGAL REQUIREMENTS

| | |
|---|---|
| **License Required** | Any valid hunting or combination license **EXCEPT** a Three-Day Hunting (Class H) (See tables on pages 14–15 for Resident and Non-resident license fees). |
| **Tag Required** | Hunt Permit-tag obtained only through application and draw process as prescribed in R12-4-104 and R12-4-114. **EXCEPT** for some Archery-Only deer, a hunt nonpermit-tag must be obtained from a license dealer as prescribed in R12-4-114. |
| **Hunt Numbers Required** | When applying for big game hunt permit-tags, you must use hunt numbers. |
| **Legal Methods of Take** | **General Hunt:** Any firearm, crossbow, or bow and arrow as prescribed in R12-4-304. **Muzzleloader Hunt:** Muzzleloader weapons as prescribed in R12-4-101 and R12-4-318, crossbow or bow and arrow as prescribed in R12-4-304. **Archery-Only Hunt:** Bow and arrow as prescribed in R12-4-304 and R12-4-318 and/or crossbow as allowed under R12-4-216. |
| **Legal Animal Definition** | Antlered means having an antler fully erupted through the skin and capable of being shed, as defined in R12-4-101. |
| **Bag Limit** | One (1) deer per calendar year, except as prescribed in R12-4-120. |

*To hunt deer in Arizona, you need a valid hunting or combination license and a deer tag. To hunt deer during a General, Juniors-Only, Muzzleloader or Archery-Only season, you must apply through a draw for a hunt permit-tag. For Archery-Only Nonpermit-Tag hunts, you may purchase a nonpermit-tag from a license dealer as prescribed in R12-4-114. If a person is applying for a Juniors-Only hunt and a regular hunt on the same application, the higher of the tag fees must be enclosed.*

*Archery deer hunters, you no longer have to call in and report your deer harvest. However, returning your hunter questionnaire is very important.*

*The U.S. Forest Service is concerned about road damage occurring during periods of very wet weather. To prevent road damage, provide for public safety, and protect natural resources, the Forest Service may temporarily close some of its roads to motor vehicle use when soils are saturated and damage is occurring. Hunters should call the appropriate Forest Service office in which their hunt occurs or visit the Forest Service website at www.fs.fed.us/r3 and choose the forest they will be visiting. Once there, go to the current conditions page for the latest road information.*

## Motorized Big Game Retrieval on National Forest Lands

All national forests are undergoing or have recently completed travel management planning, which will result in changes to motor vehicle access on national forest lands. National forests that have made a decision implementing the travel management rule (http://www.fs.fed.us/recreation/programs/ohv/final.pdf) only allow motorized use on designated roads, trails and areas as identified on a Motor Vehicle Use Map (MVUM). These maps are available for free at Forest Service offices.

The new travel management rules include restrictions on driving cross-country for game retrieval. The Coronado National Forest and Prescott National Forest have made a decision implementing the new travel management rules and have released MVUM maps; motorized big game retrieval off the designated road system is not allowed on either Forest. The South Kaibab National Forest (Williams and Tusayan Ranger Districts) and the Coconino National Forest have also recently established

new travel management rules and published MVUMs. Both Forests only allow for cross-country motorized retrieval of elk. Motorized retrieval of all other species including deer is not permitted. The Coconino National Forest has further restricted motorized retrieval of elk to only Game Management Units 6A, 6B and 7.

Other national forests including the Apache-Sitgreaves National Forests, Tonto National Forest, and the North Kaibab Ranger District of the Kaibab National Forest are engaged in travel management planning and have not yet issued decisions. Many of these forests may issue travel management decisions prior to the 2013 hunting season. If you have a permit to hunt in a Game Management Unit that includes one or more national forests, please contact the appropriate national forests(s) for updated information relative to motor vehicle use and motorized big game retrieval, before your hunt starts.

# Deer: Commission Order 2

## GENERAL DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1000 | BONUS POINT ONLY – See page 17 (no other hunts may be chosen in conjunction with this one). | | | | |
| 1001 | Oct 25 - Nov 3, 2013 | | 1 | Any antlered deer | 225 |
| 1002 | Nov 1 - Nov 10, 2013 | (39) | 2A, 2B, and 2C | Any antlered deer | 100 |
| 1003 | Oct 25 - Nov 3, 2013 | | 3A and 3C | Any antlered deer | 225 |
| 1004 | Oct 25 - Nov 3, 2013 | (26) | 4A and 4B | Any antlered deer | 241 |
| 1005 | Nov 1 - Nov 10, 2013 | (18,20,26,36) | 5A and 5B | Any antlered deer | 424 |
| 1006 | Nov 1 - Nov 7, 2013 | (18,36) | 6A | Antlered mule deer | 425 |
| 1007 | Dec 13 - Dec 31, 2013 | (18,36) | 6A | Antlered mule deer | 10 |
| 1008 | Nov 8 - Nov 14, 2013 | (1,18,36,38) | 6B (except Camp Navajo) | Antlered mule deer | 275 |
| 1009 | Nov 1 - Nov 10, 2013 | (18,36) | 7 | Any antlered deer | 875 |
| 1010 | Nov 1 - Nov 7, 2013 | (18,36) | 8 | Antlered mule deer | 650 |
| 1011 | Nov 1 - Nov 10, 2013 | (18,36) | 9 | Any antlered deer | 425 |
| 1012 | Oct 25 - Nov 3, 2013 | (36) | 10 | Any antlered deer | 500 |
| 1013 | Oct 25 - Nov 3, 2013 | (2,3,17,36) | 12A East (NORTH KAIBAB HABITAT MANAGEMENT STAMP REQUIRED) | Any antlered deer | 125 |
| 1014 | Nov 22 - Dec 1, 2013 | (2,3,17,36) | 12A East (NORTH KAIBAB HABITAT MANAGEMENT STAMP REQUIRED) | Any antlered deer | 30 |
| 1015 | Oct 25 - Nov 3, 2013 | (2,4,17,36) | 12A West (NORTH KAIBAB HABITAT MANAGEMENT STAMP REQUIRED) | Any antlered deer | 500 |
| 1016 | Nov 22 - Dec 1, 2013 | (2,4,17,36) | 12A West (NORTH KAIBAB HABITAT MANAGEMENT STAMP REQUIRED) | Any antlered deer | 135 |
| 1017 | Oct 25 - Nov 3, 2013 | (13,36) | 12B | Any antlered deer | 25 |
| 1018 | Nov 22 - Dec 1, 2013 | (13,36) | 12B | Any antlered deer | 20 |
| 1019 | Oct 25 - Nov 3, 2013 | (5,13,36) | 12B West | Any antlered deer | 120 |
| 1020 | Nov 22 - Dec 1, 2013 | (5,13,36) | 12B West | Any antlered deer | 75 |
| 1021 | Nov 15 - Nov 24, 2013 | (13,36) | 13A | Any antlered deer | 60 |
| 1022 | Nov 8 - Nov 17, 2013 | (13,36) | 13B | Any antlered deer | 70 |
| 1023 | Oct 25 - Nov 3, 2013 | (6,36) | 16A (except Mohave County Park lands) | Any antlered deer | 550 |
| 1024 | Oct 25 - Nov 3, 2013 | (36) | 17A | Any antlered deer | 375 |
| 1025 | Oct 25 - Nov 3, 2013 | (36) | 17B | Any antlered deer | 425 |
| 1026 | Dec 13 - Dec 22, 2013 | (36) | 17B | Any antlered deer | 15 |
| 1027 | Oct 25 - Nov 3, 2013 | (36) | 18A | Any antlered deer | 600 |
| 1028 | Oct 25 - Oct 31, 2013 | (36) | 18B | Any antlered deer | 325 |
| 1029 | Nov 8 - Nov 14, 2013 | (36) | 18B | Any antlered deer | 325 |
| 1030 | Oct 25 - Nov 3, 2013 | | 19A | Any antlered deer | 625 |
| 1031 | Oct 25 - Nov 3, 2013 | (11,36) | 19B | Any antlered deer | 225 |
| 1032 | Oct 25 - Nov 3, 2013 | (36) | 20A | Any antlered deer | 700 |
| 1033 | Nov 8 - Nov 14, 2013 | (36) | 20B | Any antlered deer | 350 |
| 1034 | Oct 25 - Oct 31, 2013 | (36) | 20C | Any antlered deer | 350 |
| 1035 | Nov 8 - Nov 14, 2013 | (36) | 20C | Antlered mule deer | 500 |
| 1036 | Nov 8 - Nov 14, 2013 | (13,36) | 21 | Antlered mule deer | 600 |
| 1037 | Nov 1 - Nov 7, 2013 | (22,36) | 22 | Antlered mule deer | 625 |
| 1038 | Nov 1 - Nov 7, 2013 | (36) | 23 | Antlered mule deer | 20 |
| 1039 | Dec 13 - Dec 31, 2013 | (36) | 23 | Antlered mule deer | 300 |
| 1040 | Nov 15 - Nov 24, 2013 | (36) | 24A | Antlered mule deer | 450 |
| 1041 | Nov 15 - Nov 24, 2013 | (36) | 24B | Antlered mule deer | 700 |
| 1042 | Nov 1 - Nov 7, 2013 | | 27 | | |

# Deer: Commission Order 2 *(continued)*

## GENERAL DEER

Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-521, R12-4-801, R12-4-802 and R12-4-803.

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1043 | Dec 13 - Dec 31, 2013 | | 27 | Antlered mule deer | 25 |
| 1044 | Nov 1 - Nov 7, 2013 | (36) | 28 | Antlered mule deer | 425 |
| 1045 | Nov 15 - Nov 21, 2013 | (36) | 28 | Antlered mule deer | 375 |
| 1046 | Nov 1 - Nov 7, 2013 | (11,36) | 29 | Antlered mule deer | 75 |
| 1047 | Nov 15 - Nov 21, 2013 | (11,36) | 29 | Antlered mule deer | 75 |
| 1048 | Nov 1 - Nov 7, 2013 | (6,11,36) | 30A | Antlered mule deer | 375 |
| 1049 | Nov 15 - Nov 21, 2013 | (6,11,36) | 30A | Antlered mule deer | 375 |
| 1050 | Nov 1 - Nov 7, 2013 | (11,36) | 30B | Antlered mule deer | 400 |
| 1051 | Nov 15 - Nov 21, 2013 | (11,36) | 30B | Antlered mule deer | 400 |
| 1052 | Nov 1 - Nov 7, 2013 | (21,36) | 31 | Antlered mule deer | 100 |
| 1053 | Nov 15 - Nov 21, 2013 | (21,36) | 31 | Antlered mule deer | 100 |
| 1054 | Nov 1 - Nov 7, 2013 | (11,21,31,36) | 32 | Antlered mule deer | 350 |
| 1055 | Nov 15 - Nov 21, 2013 | (11,21,31,36) | 32 | Antlered mule deer | 350 |
| 1056 | Nov 1 - Nov 7, 2013 | (11,36) | 33 | Antlered mule deer | 300 |
| 1057 | Nov 1 - Nov 7, 2013 | (10,36) | 34A | Antlered mule deer | 25 |
| 1058 | Nov 1 - Nov 7, 2013 | (31,36) | 34B | Antlered mule deer | 50 |
| 1059 | Nov 15 - Nov 21, 2013 | (31,36) | 34B | Antlered mule deer | 60 |
| 1060 | Nov 1 - Nov 7, 2013 | (6,31,36) | 36A | Antlered mule deer | 300 |
| 1061 | Nov 15 - Nov 21, 2013 | (6,31,36) | 36A | Antlered mule deer | 325 |
| 1062 | Nov 1 - Nov 7, 2013 | (6,31,32,36) | 36B | Antlered mule deer | 150 |
| 1063 | Nov 15 - Nov 21, 2013 | (6,31,32,36) | 36B | Antlered mule deer | 150 |
| 1064 | Nov 1 - Nov 7, 2013 | (6,31,36) | 36C | Antlered mule deer | 100 |
| 1065 | Nov 15 - Nov 21, 2013 | (6,31,36) | 36C | Antlered mule deer | 100 |
| 1066 | Nov 1 - Nov 7, 2013 | (13,30,31,33,36) | 37A | Any antlered deer | 75 |
| 1067 | Nov 15 - Nov 21, 2013 | (13,30,31,33,36) | 37A | Any antlered deer | 75 |
| 1068 | Nov 1 - Nov 7, 2013 | (19,36) | 37B | Any antlered deer | 500 |
| 1069 | Nov 15 - Nov 21, 2013 | (19,36) | 37B | Any antlered deer | 500 |
| 1070 | Oct 25 - Oct 31, 2013 | (7,13,25,36) | 39, 40A, and 40B (Special Restrictions Apply - See Note 7) | Any antlered deer | 150 |
| 1071 | Nov 1 - Nov 7, 2013 | (7,13,25,56) | 39, 40A, and 40B (Special Restrictions Apply - See Note 7) | Any antlered deer | 200 |
| 1072 | Nov 1 - Nov 10, 2013 | (8,36) | 41 | Any antlered deer | 500 |
| 1073 | Nov 1 - Nov 10, 2013 | (36) | 42 (except White Tank Mountain Park) | Any antlered deer | 250 |
| 1074 | Nov 1 - Nov 10, 2013 | (6,8,34,36) | 45A, 43B, 44A, and 44B | Any antlered deer | 500 |
| 1075 | Nov 1 - Nov 10, 2013 | (6,36) | 45A, 45B, and 45C | Any antlered deer | 275 |
| 1076 | Oct 25 - Oct 31, 2013 | (18,36) | 6A | Antlered whitetail deer | 150 |
| 1077 | Nov 8 - Nov 14, 2013 | (18,36) | 6A | Antlered whitetail deer | 125 |
| 1078 | Dec 13 - Dec 31, 2013 | (18,36) | 6A | Antlered whitetail deer | 75 |
| 1079 | Nov 1 - Nov 7, 2013 | (1,18,36,38) | 6B (except Camp Navajo) | Antlered whitetail deer | 55 |
| 1080 | Dec 13 - Dec 31, 2013 | (1,18,36,38) | 6B (except Camp Navajo) and 8 | Antlered whitetail deer | 25 |
| 1081 | Oct 25 - Nov 3, 2013 | (18,36) | 8 | Antlered whitetail deer | 75 |
| 1082 | Oct 25 - Oct 31, 2013 | (13,36) | 21 | Antlered whitetail deer | 625 |
| 1083 | Dec 13 - Dec 31, 2013 | (13,36) | 21 | Antlered whitetail deer | 30 |
| 1084 | Oct 25 - Oct 31, 2013 | (22,36) | 22 | Antlered whitetail deer | 800 |
| 1085 | Dec 13 - Dec 31, 2013 | (22,36) | 22 | Antlered whitetail deer | 25 |
| 1086 | Oct 25 - Oct 31, 2013 | (36) | 23 | Antlered whitetail deer | 575 |
| 1087 | Dec 13 - Dec 31, 2013 | (36) | 23 | Antlered whitetail deer | 85 |
| 1088 | Oct 25 - Oct 31, 2013 | (36) | 24A | Antlered whitetail deer | 325 |
| 1089 | Nov 1 - Nov 7, 2013 | (36) | 24A | Antlered whitetail deer | 375 |
| 1090 | Nov 29 - Dec 8, 2013 | (36) | 24A | Antlered whitetail deer | 50 |
| 1091 | Dec 13 - Dec 31, 2013 | (36) | 24A | Antlered whitetail deer | 150 |
| 1092 | Oct 25 - Oct 31, 2013 | (36) | 24B | Antlered whitetail deer | 450 |
| 1093 | Nov 1 - Nov 7, 2013 | (36) | 24B | Antlered whitetail deer | 450 |
| 1094 | Dec 13 - Dec 31, 2013 | (36) | 24B | Antlered whitetail deer | 40 |
| 1095 | Oct 25 - Oct 31, 2013 | | 27 and 28 | Antlered whitetail deer | 600 |
| 1096 | Dec 13 - Dec 31, 2013 | | 27 and 28 | Antlered whitetail deer | 40 |
| 1097 | Oct 25 - Oct 31, 2013 | (11,36) | 29 | Antlered whitetail deer | 250 |
| 1098 | Nov 8 - Nov 14, 2013 | (11,36) | 29 | Antlered whitetail deer | 225 |
| 1099 | Nov 29 - Dec 8, 2013 | (11,36) | 29 | Antlered whitetail deer | 225 |
| 1100 | Dec 13 - Dec 31, 2013 | (11,36) | 29 | Antlered whitetail deer | 40 |
| 1101 | Oct 25 - Oct 31, 2013 | (6,11,36) | 30A | Antlered whitetail deer | 200 |
| 1102 | Nov 8 - Nov 14, 2013 | (6,11,36) | 30A | Antlered whitetail deer | 200 |
| 1103 | Nov 29 - Dec 8, 2013 | (6,11,36) | 30A | Antlered whitetail deer | 40 |
| 1104 | Dec 13 - Dec 31, 2013 | (6,11,36) | 30A | Antlered whitetail deer | 125 |
| 1105 | Oct 25 - Oct 31, 2013 | (11,36) | 30B | Antlered whitetail deer | 125 |
| 1106 | Nov 8 - Nov 14, 2013 | (11,36) | 30B | Antlered whitetail deer | 100 |
| 1107 | Nov 29 - Dec 8, 2013 | (11,36) | 30B | | |

## Deer: Commission Order 2 *(continued)*

### GENERAL DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1108 | Dec 13 - Dec 31, 2013 | (11,36) | 30B | Antlered whitetail deer | 75 |
| 1109 | Oct 25 - Oct 31, 2013 | (21,36) | 31 | Antlered whitetail deer | 200 |
| 1110 | Nov 8 - Nov 14, 2013 | (21,36) | 31 | Antlered whitetail deer | 150 |
| 1111 | Nov 29 - Dec 8, 2013 | (21,36) | 31 | Antlered whitetail deer | 200 |
| 1112 | Dec 13 - Dec 31, 2013 | (21,36) | 31 | Antlered whitetail deer | 125 |
| 1113 | Oct 25 - Oct 31, 2013 | (11,21,31,36) | 32 | Antlered whitetail deer | 450 |
| 1114 | Nov 8 - Nov 14, 2013 | (11,21,31,36) | 32 | Antlered whitetail deer | 450 |
| 1115 | Nov 29 - Dec 8, 2013 | (11,21,31,36) | 32 | Antlered whitetail deer | 400 |
| 1116 | Dec 13 - Dec 31, 2013 | (11,21,31,36) | 32 | Antlered whitetail deer | 40 |
| 1117 | Oct 25 - Oct 31, 2013 | (31,36) | 33 | Antlered whitetail deer | 700 |
| 1118 | Nov 8 - Nov 14, 2013 | (31,36) | 33 | Antlered whitetail deer | 700 |
| 1119 | Nov 29 - Dec 8, 2013 | (31,36) | 33 | Antlered whitetail deer | 700 |
| 1120 | Dec 13 - Dec 31, 2013 | (31,36) | 33 | Antlered whitetail deer | 50 |
| 1121 | Oct 25 - Oct 31, 2013 | (10,36) | 34A | Antlered whitetail deer | 675 |
| 1122 | Nov 8 - Nov 14, 2013 | (10,36) | 34A | Antlered whitetail deer | 675 |
| 1123 | Nov 29 - Dec 8, 2013 | (10,36) | 34A | Antlered whitetail deer | 600 |
| 1124 | Dec 13 - Dec 31, 2013 | (31,36) | 34A | Antlered whitetail deer | 40 |
| 1125 | Oct 25 - Oct 31, 2013 | (31,36) | 34B | Antlered whitetail deer | 100 |
| 1126 | Nov 8 - Nov 14, 2013 | (31,36) | 34B | Antlered whitetail deer | 100 |
| 1127 | Nov 29 - Dec 8, 2013 | (31,36) | 34B | Antlered whitetail deer | 100 |
| 1128 | Dec 13 - Dec 31, 2013 | (31,36) | 34B | Antlered whitetail deer | 40 |
| 1129 | Oct 25 - Oct 31, 2013 | (9,36) | 35A (except Fort Huachuca) | Antlered whitetail deer | 350 |
| 1130 | Nov 8 - Nov 14, 2013 | (9,36) | 35A (except Fort Huachuca) | Antlered whitetail deer | 350 |
| 1131 | Nov 29 - Dec 8, 2013 | (9,36) | 35A (except Fort Huachuca) | Antlered whitetail deer | 500 |
| 1132 | Dec 13 - Dec 31, 2013 | (9,36) | 35A (except Fort Huachuca) | Antlered whitetail deer | 40 |
| 1133 | Oct 25 - Oct 31, 2013 | (36) | 35B | Antlered whitetail deer | 425 |
| 1134 | Nov 8 - Nov 14, 2013 | (36) | 35B | Antlered whitetail deer | 425 |
| 1135 | Nov 29 - Dec 8, 2013 | (36) | 35B | Antlered whitetail deer | 350 |
| 1136 | Dec 13 - Dec 31, 2013 | (36) | 35B | Antlered whitetail deer | 40 |
| 1137 | Oct 25 - Oct 31, 2013 | (6,31,36) | 36A | Antlered whitetail deer | 450 |
| 1138 | Nov 8 - Nov 14, 2013 | (6,31,36) | 36A | Antlered whitetail deer | 500 |
| 1139 | Nov 29 - Dec 8, 2013 | (6,31,36) | 36A | Antlered whitetail deer | 400 |
| 1140 | Dec 13 - Dec 31, 2013 | (6,31,36) | 36A | Antlered whitetail deer | 40 |
| 1141 | Oct 25 - Oct 31, 2013 | (6,31,32,36) | 36B | Antlered whitetail deer | 800 |
| 1142 | Nov 8 - Nov 14, 2013 | (6,31,32,36) | 36B | Antlered whitetail deer | 800 |
| 1143 | Nov 29 - Dec 8, 2013 | (6,31,32,36) | 36B | Antlered whitetail deer | 750 |
| 1144 | Dec 13 - Dec 31, 2013 | (6,31,36) | 36B | Antlered whitetail deer | 40 |
| 1145 | Oct 25 - Oct 31, 2013 | (6,31,36) | 36C | Antlered whitetail deer | 175 |
| 1146 | Nov 8 - Nov 14, 2013 | (6,31,36) | 36C | Antlered whitetail deer | 175 |
| 1147 | Nov 29 - Dec 8, 2013 | (6,31,36) | 36C | Antlered whitetail deer | 175 |
| 1148 | Dec 13 - Dec 31, 2013 | (6,31,36) | 36C | Any antlered deer | 125 |
| --- | Oct 25 - Nov 3, 2013 | (26) | Hopi Hunt in Units 4A and 4B | Any antlered deer | --- |
| --- | Nov 1 - Nov 10, 2013 | (26,36) | Hopi Hunt in Units 5A and 5B | Any antlered deer | --- |
| --- | Nov 22 - Dec 31, 2013 | (9) | Fort Huachuca in Unit 35A | Designated deer | --- |
| Total | | | | | 42280 |

**FOR JUNIORS-ONLY HUNTS, SEE PAGE 28.**

### C.H.A.M.P. DEER *(Challenged Hunter Access/Mobility Permit required, see R12-4-217)*

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1169 | Sep 13 - Sep 19, 2013 | (2,4,17,36) | 12A West (NORTH KAIBAB HABITAT MANAGEMENT STAMP REQUIRED) | Any antlered deer | 10 |
| Total | | | | | 10 |

### MUZZLELOADER DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1170 | Oct 25 - Nov 3, 2013 | | 3B | Any antlered deer | 100 |

# Deer Hunts

## Deer: Commission Order 2 *(continued)*

### MUZZLELOADER DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1171 | Oct 25 - Oct 31, 2013 | (1,18,36,38) | 6B (except Camp Navajo) | Any antlered deer | 275 |
| 1172 | Nov 8 - Nov 14, 2013 | (5,13,36) | 12B West | Any antlered deer | 30 |
| 1173 | Oct 25 - Nov 3, 2013 | (6,36) | 15A, 15B, 15C, and 15D | Any antlered deer | 200 |
| 1174 | Oct 25 - Oct 31, 2013 | (36) | 20B | Any antlered deer | 150 |
| 1175 | Nov 15 - Nov 21, 2013 | (36) | 33 | Any antlered deer | 200 |
| 1176 | Nov 15 - Nov 21, 2013 | (10,36) | 34A | Any antlered deer | 25 |
| 1177 | Nov 1 - Nov 7, 2013 | (9,36) | 35A (except Fort Huachuca) and 35B | Any antlered deer | 80 |
| 1178 | Dec 13 - Dec 31, 2013 | (9,36) | 35A (except Fort Huachuca) and 35B | Any antlered deer | 20 |
| 1179 | Dec 13 - Dec 31, 2013 | (7,8,13,36) | 39, 40A, 40B, 41, and 42 (except White Tank Mountain Park) (Special Restrictions Apply – See Footnote 7) | Any antlered deer | 50 |
| ---- | Nov 22 - Dec 31, 2013 | (9) | Fort Huachuca in Unit 35A | Designated deer | ---- |
| Total | | | | | 1130 |

### ARCHERY-ONLY DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Hunt No. | Season Dates | Notes | Open Areas | Legal Wildlife | Permits |
|---|---|---|---|---|---|
| 1182 | Aug 23 - Sep 12, 2013 | | 3A and 3C | Any antlered deer | 200 |
| 1183 | Aug 23 - Sep 12, 2013 | (2,17) | 12A (NORTH KAIBAB HABITAT MANAGEMENT STAMP REQUIRED) and 12B | Any antlered deer | 700 |
| 1184 | Aug 23 - Sep 12, 2013 | (13) | 13A | Any antlered deer | 30 |
| 1185 | Aug 23 - Sep 12, 2013 | (13) | 13B | Any antlered deer | 25 |
| Total | | | | | 955 |

### ARCHERY-ONLY NONPERMIT TAG REQUIRED DEER

*Open Areas do not include areas within municipal parks, municipal preserves, county parks, county preserves, airports, golf courses, or posted water treatment facilities (except as specifically opened in this Commission Order) or areas closed under A.R.S. Sections 17-101, 17-303, and 17-304 or Commission Rules R12-4-321, R12-4-801, R12-4-802 and R12-4-803.*

| Season Dates | Notes | Open Areas | Legal Wildlife |
|---|---|---|---|
| Aug 23 - Sep 12, 2013 | (1,6,18,20,21, 22,31,32,37, 38,39) | 1, 2A, 2B, 2C, 3B, 4A, 4B, 5A, 5B, 6A, 6B (except Camp Navajo), 7, 8, 9, 10, 11M, 15A, 15B, 15C, 15D, 16A (except Mohave County Park Lands), 17A, 17B, 18A, 18B, 19A, 19B, 20A, 20B, 20C, 21 (except Cave Creek Recreation Area), 22, 23, 24A, 24B, 27, 28, 29, 30A, 30B, 31, 32, 33, 34A, 34B, 35A (except Fort Huachuca), 35B, 36A, 36B, and 36C | Any antlered deer |
| Jan 1 - Jan 12, 2014 | (18,27,38) | 6B South and 29 | Any antlered deer |
| Jan 1 - Jan 31, 2014 | (6,22,30,31,33) | 8, 9, 16A (except Mohave County Park lands), 19A, 20A, 22, 23, 27, 34A, 37A, 42, 45A, 45B, and 45C | Any antlered deer |
| Dec. 13, 2013 - Jan 31, 2014 | (6,7,8,9,10,13, 15,16,19,21,23, 24,26,29,30,31, 34,35,37) | 10, 15A, 15B, 15C, 15D, 17A, 17B, 18A, 18B, 19B, 20B, 20C, 21 (except Cave Creek Recreation Area), 24A, 24B, 25M, 26M, 28, 30A, 30B, 31, 32, 33, 34B, 35A (except Fort Huachuca), 35B, 36A, 36B, 36C, 37B, 38M (including Tucson Mountain Wildlife Area), 39, 40A, 40B, 41, 43A, 43B, 44A, and 44B | Any antlered deer |
| Aug 23 - Sep 12, 2013 | (1) | Camp Navajo in Unit 6B | Any antlered deer |
| Aug 23, 2013 - Jan 31, 2014 | (9) | Fort Huachuca in Unit 35A | Designated deer |

## Deer Notes:

1. Camp Navajo in Unit 6B is open to deer hunting only to properly licensed hunters who meet the qualifications as "Authorized Participants" according to the installation hunting policies outlined on the Camp Navajo website. Applications for these hunts must be submitted to Arizona Game and Fish Department by the published deadline. Hunters must agree to the Camp Navajo hunting policies during the required registration at http://www.campnavajo.com/index.php?which_page=recreation. After registering, hunters will gain access to the hunt numbers required when submitting the application. All hunters are required to show proof of attendance to a hunter safety education course during paperwork submission for the Camp Navajo permit. Increases in Force Protection Conditions, training missions and industrial operations may result in partial or complete hunt cancellation at any time with little or no prior notification. In the event a hunt is cancelled, hunters drawn for these permits will not be reimbursed or otherwise compensated by the Arizona Game and Fish Department.

2. A Unit 12A (North Kaibab) Habitat Management Stamp is required for all Unit 12A (North Kaibab) deer hunters. Stamps are available at a cost of $15.00 at all Arizona Game and Fish Department offices, online, or wherever hunting licenses are sold. All 12A North Kaibab deer hunters shall have this stamp attached to their hunting license. Stamps cannot be obtained through the draw process. Successful Unit 12A (North

## Deer Notes continued:

Kaibab) firearms deer hunters must check out and personally present their deer for inspection at the Jacob Lake Checking Station in accordance with R12-4-308. A check station will not be operated during the Unit 12A (North Kaibab) CHAMP, muzzleloader, or archery deer seasons.

3. 12A East Hunt Unit - that portion of Unit 12A located east of AZ Hwy 67 and south of U.S. Hwy 89A.

4. 12A West Hunt Unit - that portion of Unit 12A located west of AZ Hwy 67 and also that portion of Unit 12A located north of U.S. Hwy 89A.

5. 12B West Hunt Unit - that portion of Unit 12B beginning at the Arizona-Utah Stateline and BLM Rd. 1065; south on BLM 1065 to U.S. Hwy 89A; west on U.S. Hwy 89A to Kaibab National Forest boundary; north then west then south on the Kaibab National Forest boundary to Kanab Creek; north on Kanab Creek to the Arizona-Utah Stateline; east on the Arizona-Utah Stateline to BLM 1065.

6. The Buenos Aires, Cibola, Imperial, and Kofa National Wildlife Refuges are open to deer hunting as permitted by refuge regulations; all other Refuges are closed.

7. Entry into portions of Units 40A, 40B, 46A, and 46B is subject to military closure and requires coordination with the Barry M. Goldwater Range (BMGR) for hunting access. The BMGR is closed to hunting except Area B in BMGR East and open areas of BMGR West; as allowed by an authorized entry permit. For specifics about accessing the BMGR refer to the Index: Hunting on Military Reservations.

8. The U.S. Army Yuma Proving Ground is closed to deer hunting, except those areas open in accordance with U.S. Army regulations to properly licensed hunters holding a valid Yuma Proving Ground Hunting Program Access Permit and coordination with YPG Range Control. Hunters drawn for units 41W, 43A, or 43B who plan to hunt on YPG must check in with the YPG Hunting Program by calling the toll-free number prior to conducting any hunting activities on the range. Hunting access permit holders are required to sign a Hold Harmless Agreement and complete a Range Safety Briefing. Occasionally, due to military activities, some affected hunting areas may be temporarily closed. For information write: U.S. Army Yuma Proving Ground - Bldg. 105, Attn: Hunting Program, 301 C. Street, Yuma, AZ 85365-9498 or call toll-free 1-877-788-HUNT (4868) or 928-328-2630, or www.yuma.army.mil/hunting_program.htm.

9. The Fort Huachuca Army Garrison in Unit 35A is open to deer hunting only to properly licensed military and Fort Huachuca civilian personnel holding a valid Fort Huachuca post hunting permit. Juniors only hunts are only open to properly licensed military and Fort Huachuca civilian dependents holding a valid Fort Huachuca post hunting permit. Hunt numbers, season dates and/or special regulations must be obtained from Fort Huachuca. Increases in Force Protection may result in hunt cancellations at any time with little or no prior notification. In the event a hunt is cancelled due to an increase in security, hunters drawn for these permits will not be reimbursed or otherwise compensated by the Arizona Game and Fish Department. Applications for these hunts must be submitted to the Arizona Game and Fish Department by the published deadline.

10. The Santa Rita Wildlife Area in Unit 34A is actively used for studies in wildlife management. Researchers are present all months and study sites are not always recognizable; hunters are urged to use caution while hunting and take care not to disturb study sites.

11. Hunter access is extremely restricted in this unit. Applicants should secure access before applying.

12. An "antlerless deer" is a deer, any age, without antlers.

13. The Grand Canyon-Parashant, Vermilion Cliffs, Sonoran Desert, Ironwood Forest, and Agua Fria National Monuments are open to hunting.

15. The following described area in Unit 26M is closed to hunting: those private lands lying just north of the Town of Cave Creek in Sections 10, 11, 12, 14 and 15 of Township 6 North, Range 4 East.

16. A portion of Unit 25M is closed to hunting. Hunting is not permitted in the following area of Unit 25M: an unincorporated portion of land west of Loop 202 (San Tan Freeway) known as the Elliot and Hawes County Island in Section 16, Township 1 South, Range 7 East.

17. Individuals with permits for these hunts are eligible to purchase Restricted Nonpermit tags for the corresponding javelina or buffalo population management seasons listed in Commission Order 26.

18. The U.S. Forest Service has expressed concern regarding road damage during wet weather. The Department is working with the U.S. Forest Service to provide limited access via designated core roads in Units 5A, 5B, 6A, 6B, 7, 8, and 9 that will remain open during periods when other

roads may be closed. When weather is deemed severe, the core roads may also be closed to prevent excessive road damage, provide for public safety, and protect natural resources. Roads that have been closed are closed to all users. Hunters should respect and obey road closures and drive responsibly during wet periods. It is recommended that hunters contact the appropriate Forest Service office to determine current road status for their hunt area (see the Index: Hunting on Public Lands).

19. The Florence Military Reservation (training areas B and D; the areas north and south of Cottonwood Canyon Road) in Unit 37B is subject to short term closures due to military operations, including live fire operations, and requires coordination with the Florence Military Reservation for hunting access. For specific closure dates or any other access concerns, contact the Florence Military Reservation is located on the Arizona Game and Fish Department's website, azgfd.gov (type Florence Military Reservation in the search box).

20. In the northern portion of Unit 5A, access is permitted on the Clear Creek Ranch by written permission only by contacting the Hopi Tribe Wildlife and Ecosystems Management Program via e-mail at hopihunts@hopi.nsn.us or by calling 928-734-3606 or 928-734-3605 from Monday-Friday 8am-5pm. Please contact in advance to gain access for hunting and scouting. In Unit 5B North, access is permitted on the Hopi's Hart/ Drye Ranch and in Unit 4A on the Hopi's Aja Ranch by signing in at designated sign-in boxes located at access points.

21. Unit 31 and 32 hunts - Access to Aravaipa Canyon Wildlife Area (as prescribed in R12-4-802) is allowed by permit only, available through the Safford Field Office of the Bureau of Land Management. For more information, contact the Safford Field Office at 928-348-4450 or www.blm.gov/az/sfo/aravaipa/aravaipa.htm.

22. The area within the fenced enclosure inside the loop formed by Tonto National Forest Road 647, also known as the Walnut Canyon Enclosure, is open to public entry and the taking of deer during open season.

23. The following described area in Unit 26M is closed to hunting: the unincorporated portion of land within the Town of Queen Creek in Pinal County in Sections 5, 7, 8, and 18 of Township 3 South, Range 8 East.

24. Tucson Mountain Park in Unit 38M is open to hunting for archery-only. Archery deer and

Big Game Seasons