UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 07 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant - Appellee. | No. 13-16684 <br><br> D.C. No. 3:12-cv-08176-SMM <br> U.S. District Court for Arizona, Prescott <br><br> **ORDER** |

Appellant's unopposed motion for a second extension of time to file the reply brief is granted. The reply brief is due March 21, 2014.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Lorela Bragado Sevillena
Deputy Clerk
    Ninth Circuit Rules 27-7
    and 27-10