IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 13-16684

CENTER FOR BIOLOGICAL DIVERSITY, *et al*.

Appellants,

v.

UNITED STATES FOREST SERVICE,

Appellee.

**APPELLANT CENTER FOR BIOLOGICAL DIVERSITY, *et al.*'s
SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 1 OF 1, ER PAGES 187-193**

APPEAL FROM JULY 2, 2013 DECISION AND ORDER OF THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Allison LaPlante (OSB 023614)
Kevin M. Cassidy (OSB 025296)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR  97219
T: (503) 768-6894 (LaPlante)
T: (781) 659-1696 (Cassidy)
F: (503) 768-6642
E: laplante@lclark.edu
E: cassidy@lclark.edu

Attorney for Appellants

Adam Keats (CSB 191157)
Center for Biological Diversity
357 California St., Suite 600
San Francisco, CA 94104
T: (415) 436-9682 x 304
E: akeats@biologicaldiversity.org

Attorney for Appellants

## TABLE OF CONTENTS

| Date | Title | Page |
|---|---|---|
| 09/24/2012 | [Dkt. #33] Declaration of Don Martin in Support of Motion for Leave to Intervene | 187 |
| 09/24/2012 | [Dkt. #29] Declaration of Chris Cox in Support of Motion for Leave to Intervene | 190 |

```
1   C. D. Michel - Cal. B.N. 144258
    Scott M. Franklin - Cal. B.N. 240254
2   (pro hac vice applications forthcoming)
    MICHEL & ASSOCIATES, PC
3   180 E. Ocean Boulevard, Suite No. 200
    Long Beach, CA 90802
4   Telephone:   562-216-4444
    Facsimile:   562-216-4445
5   Emails:      cmichel@michellawyers.com
                 sfranklin@michellawyers.com
6
    Attorneys for Proposed Defendant-Intervenor
7   National Rifle Association
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

# PRESCOTT DIVISION

| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) CASE NO. 3:12-cv-08176-GMS |
|---|---|
| Plaintiffs, | ) **DECLARATION OF DON MARTIN IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE** |
| vs. | ) |
| UNITED STATES FOREST SERVICE | ) |
| Defendants, and | ) |
| NATIONAL RIFLE ASSOCIATION, Proposed Defendant-Intervenor. | ) |

### **DECLARATION OF DON MARTIN**

I, Don Martin, declare as follows:

1. I am an Arizona resident and I have resided in Arizona for virtually my entire life, 61 years.

2. I am a member of the National Rifle Association.

3. I have worked as a professional hunting guide in Arizona for approximately 26 years. I have personally participated in approximately 150 hunts in northern Arizona (including hunts in the Kaibab National Forest) during that time.

4. As the chairman of the Wilderness, Wildlife and Endangered Species subcommittee for the Mohave County Public Lands Use Committee, I personally

participated in the discussions with the Arizona Game & Fish Department relating to introducing a flock of California condors into northern Arizona. I personally supported the reintroduction effort and suggested that the Mohave County Board of Supervisors also support the project after being told the condors that were going to be transplanted would be designated by the U.S. Fish & Wildlife Service (USFWS) as 10(j); experimental and non-essential, and therefore would not affect current hunting or livestock grazing practices. Subsequently, the Board of Supervisors did vote to send in a letter of support.

5. From my experience, I know that hunters overwhelmingly prefer to use lead ammunition for hunting because it is: more available and less expensive than non-lead ammunition, known for being ballistically superior to non-lead ammunition, and is less destructive to firearms during use than is non-lead ammunition. Also, lead ammunition is what most hunters practice with in the off-season when sighting their firearms.

6. Hunting is a longstanding tradition in the Kaibab National Forest and sportsmen from all over the United States come to this area to participate in some of the finest big game hunting in the Western United States.

7. If hunters are prohibited from using lead-based ammunition in the Kaibab National Forest, I believe such a restriction will negatively impact my business as a hunting guide, either because hunters may want to use firearms for which non-lead ammunition is not regularly available, or because hunters will not want to spend all of the costs related to a hunting trip just to use ammunition that is considered inferior (or both). Either way, a lead-based ammunition restriction, if imposed, will likely make hunting in the Kaibab National Forest less interesting to my clientele.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of September, 2012, at Camp Verde, Arizona.

Don Martin

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2012, I electronically transmitted the Declaration of Don Martin in Support of Motion for Leave to Intervene to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California St., Ste 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org

Attorney for Plaintiffs
Dustin J. Maghamfar
US Dept of Justice - Environmental & Natural Resources
P.O. Box 7611
Washington, DC 20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov

Attorney for Defendant, United States Forest Service

Attorney for Plaintiffs
Kevin M. Cassidy
Pacific Environmental Advocacy Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
781-659-1696
Email: cassidy@lclark.edu

James Frederick Odenkirk
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997
602-542-7787
Fax: 602-542-7798
Email: james.odenkirk@azag.gov

Attorney for Defendant Intervenor, State of Arizona

/s/C.D. Michel
C.D. Michel

**189**

1  C. D. Michel - Cal. B.N. 144258
2  Scott M. Franklin - Cal. B.N. 240254
   (pro hac vice applications forthcoming)
3  **MICHEL & ASSOCIATES, P.C.**
   180 East Ocean Blvd., Suite 200
4  Long Beach, CA 90802
5  Telephone: (562) 216-4444
   Fax: (562) 216-4445
6  cmichel@michellawyers.com
7  sfranklin@michellawyers.com
8
   Attorneys for Proposed Defendant-Intervenor
9  National Rifle Association

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

## PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al., | CASE NO. 3:12-cv-08176-GMS |
| Plaintiffs, | **DECLARATION OF CHRIS COX IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE** |
| vs. | |
| UNITED STATES FOREST SERVICE, | |
| Defendants, and | |
| NATIONAL RIFLE ASSOCIATION, SAFARI CLUB INTERNATIONAL Proposed Defendant-Intervenor. | |

## **DECLARATION OF CHRIS COX**

I, Chris W. Cox, declare as follows:

  1. I am the current Executive Director of the National Rifle Association's Institute for Legislative Action and have held that position since April, 2002. I have worked for the National Rifle Association ("NRA") since 1995. I have personal knowledge of the facts stated in this Declaration and, if called to testify, could and would testify competently and under oath to these facts.

2. The NRA is an Internal Revenue Code Section 501(c)(4) nonprofit corporation, incorporated in the State of New York in 1871, with principal offices and place of business in Fairfax, Virginia. The NRA's membership includes approximately 4,000,000 individuals, with nearly 100,000 members in Arizona alone.

3. Article II, Section 5 of the NRA Bylaws states that one of the purposes of the NRA is "[t]o promote hunter safety, and to promote and defend hunting as a shooting sport and as a viable and necessary method of fostering the propagation, growth and conservation, and wise use of our renewable wildlife resources."

4. The NRA has been instrumental in the passage of virtually every significant piece of pro-hunting and wildlife conservation legislation and referenda throughout the nation in approximately the last thirty years. The NRA has also worked to defeat virtually every unreasonable anti-hunting law and regulation throughout the nation in the last thirty years.

5. The NRA's efforts nationally include developing and supporting legislation in all fifty states to protect hunters from harassment in the field; protecting and expanding hunting seasons; passing right-to-hunt amendments to many state constitutions; helping to defeat unreasonable bans on traditional methods of hunting; and fighting to keep areas open to hunting, among myriad others.

6. In Arizona specifically, the NRA has been actively involved with the Arizona Game and Fish Commission, testifying before it on deer, elk, sheep and antelope quotas; supporting pro-hunting appointees to the Commission; and playing an instrumental role in restoring state wildlife funds that were stripped from the state budget in 2008 and 2009. The NRA also campaigned against Proposition 201 in 1994 (which threatened to ban all hunting in Arizona), and has been active in supporting recreational shooting areas in Arizona, as well as an Arizona Right-to-Hunt bill. In the last three years, the NRA has intervened in three lawsuits seeking to limit the use of traditional lead-based ammunition, including one in Arizona. All of these lawsuits were brought by one of the Plaintiffs in the current action, the Center for Biological Diversity. See CBD v. BLM, Case No. 3:09-cv-08011 PGR (D. Ariz.) (The NRA granted intervention pursuant to FRCP Rule 24(a) on January 30, 2010; Dkt. Doc. 58 at p. 8); CBD v. Jackson, Case No. 1:10-cv-02007-EGS (D.D.C.) (The NRA granted intervention pursuant to FRCP 24(a) by Minute Order of April 28, 2011); Trumpeter Swan Society v. EPA, Case No. 1:12-cv-00929-EGS (D.D.C.) (The NRA's unopposed motion to intervene granted by Minute Order dated August 31, 2012).

7. The NRA serves as the chair of the Private Sector organizational component to the

Federal Lands Hunting, Shooting, Fishing, and Sport Shooting Roundtable Memorandum of Understanding concerning federal lands in Arizona (which includes agencies such as the U.S. Forest Service, Bureau of Land Management ("BLM") and the U.S. Fish and Wildlife Service, as well as over forty hunting, shooting and wildlife organizations).  Through this position, the NRA has been involved in making decisions that have protected, opened or increased hunting opportunities on thousands of acres of National Wildlife Refuge, BLM and National Forest Service lands, including such places as the Kofa National Wildlife Refuge, Tonto National Forest, and Ironwood Forest National Monument.

8. The NRA has been in the forefront of virtually all legislation, regulation, and legal action concerning the nexus of lead, hunting, and the environment.  The most recent example is in California, where NRA representatives have testified several times before the California Fish and Game Commission (the "Commission") on the issue of lead ammunition use and protection of the California condor.  In response to the NRA's presentation to the Commission on August 8, 2012, the Commission created a joint committee, including NRA, to research what one Commissioner has referred to as the "psuedo-science" that is being used to link lead-based ammunition use to health problems experienced by California condors.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **24** day of **Sept**, 2012, at **Fairfax, Va.**

_Christopher Cox_ (signature)
Christopher Cox

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2012, I electronically transmitted the Declaration of Chris Cox in Support of Motion for Leave to Intervene to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam F. Keats
Center for Biological Diversity
351 California St., Ste 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: akeats@biologicaldiversity.org

Attorney for Plaintiffs

Kevin M. Cassidy
Pacific Environmental Advocacy Center
Lewis & Clark Law School
P.O. Box 445
Norwell, MA 02061
781-659-1696
Email: cassidy@lclark.edu

Attorney for Plaintiffs

Dustin J. Maghamfar
US Dept of Justice - Environmental & Natural Resources
P.O. Box 7611
Washington, DC 20044
202-514-1806
Fax: 202-514-8865
Email: dustin.maghamfar@usdoj.gov

Attorney for Defendant, United States Forest Service

James Frederick Odenkirk
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997
602-542-7787
Fax: 602-542-7798
Email: james.odenkirk@azag.gov

Attorney for Defendant Intervenor, State of Arizona

/s/C.D. Michel
C.D. Michel

**193**

4

**DEC. OF CHRIS COX IN SUPPORT OF MTN. FOR LEAVE TO INTERVENE**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 20, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 20th day of March, 2014.

/s/ *Allison LaPlante*
Allison LaPlante (OSB 023614)
Earthrise Law Center
Attorney for Appellants
