# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

Case Number: 13-16684

Case Title: Center for Biological Diversity v. U.S. Forest Service

**assigned for hearing:**

Date: Nov. 19, 2015   Time: 9:00AM   Courtroom: 3

Location: James R. Browning U.S. Courthouse, 95 7th St, San Francisco, CA

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name: Allen M. Brabender

Address: P.O. Box 7415

City: Washington   State: DC   Zip Code: 20044

Phone: (202) 514-5316   Email Address: allen.brabender@usdoj.gov

Party/parties represented: U.S. Forest Service, et al.

Special needs you may require in the courtroom:

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format): /s/ Allen M. Brabender   Date: 09/08/2015

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190