# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 13-16684 |
| Case Title | Center for Biological Diversity, et al. v. U.S. Forest Service |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | Nov. 19, 2015 | Time | 9:00 AM | Courtroom | 3 |

Location | James R. Browning U.S. Courthouse, 95 7th Street, San Francisco, CA 94103

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Allison M. LaPlante |
| Address | Earthrise Law Center<br>10015 SW Terwilliger Blvd. |

| City | Portland | State | OR | Zip Code | 97219 |
|---|---|---|---|---|---|

| Phone | 503-768-6894 | Email Address | laplante@lclark.edu |
|---|---|---|---|

Party/parties represented | Appellants Center for Biological Diversity, et al.

Special needs you may require in the courtroom |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Signature (use "s/" format) | s/ Allison M. LaPlante | Date | 9/8/2015 |
|---|---|---|---|

## Filing Instructions
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190