# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| Field | Value |
|---|---|
| Case Number | 13-16684 |
| Case Title | Center for Biological Diversity v. USFS |

assigned for hearing:

| Field | Value |
|---|---|
| Date | Nov. 18, 2015 |
| Time | 4:00pm |
| Courtroom | Courtroom 3 |
| Location | San Francisco |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| Field | Value |
|---|---|
| Name | Allen M. Brabender |
| Address | P.O. Box 7415 |
| City | Washington |
| State | DC |
| Zip Code | 20044 |
| Phone | (202) 514-5316 |
| Email Address | allen.brabender@usdoj.gov |
| Party/parties represented | United States Forest Service, et al. |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Field | Value |
|---|---|
| Signature (use "s/" format) | /s/ Allen M. Brabender |
| Date | Nov. 13, 2015 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190