# OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 13-16684 |
| Case Title | Center for Biological Diversity, et al. v. United States Forest Service |

assigned for hearing:

| | | | | | |
|---|---|---|---|---|---|
| Date | Nov. 18, 2015 | Time | 4:00 pm | Courtroom | 3 |
| Location | San Francisco, CA | | | | |

Counsel to argue (or, if argument to be presented "in pro per" enter party information):

| | |
|---|---|
| Name | Allison M. LaPlante |
| Address | 10015 SW Terwilliger Blvd. |
| City | Portland |
| State | OR |
| Zip Code | 97219 |
| Phone | (503) 768-6894 |
| Email Address | laplante@lclark.edu |
| Party/parties represented | All Plaintiff-Appellants |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Allison M. LaPlante | Date | Nov. 16, 2015 |

## Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail*: Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190